UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ALDINA R. CAGLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09CV40 HEA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant, | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of

Magistrate Judge Mary Ann L. Medler that the decision of the Commissioner be

affirmed. None of the parties have filed any objections to the Report and

Recommendation within the prescribed time period.

Judge Medler's Report and Recommendation thoroughly and accurately

discusses the applicable law and its application to the facts of this case. It is well

reasoned and thoughtful. As such, the Court will adopt the Report and

Recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is

affirmed.

A separate judgment in accordance with this Order is entered this same date.

Dated this 19th day of April, 2010.


                      _____

                      HENRY EDWARD AUTREY
                      UNITED STATES DISTRICT JUDGE